Judge Wimes,

I want to thank you for taking the time to read this letter. The most important thing I wish for this letter to accomplish, is for the many people that my poor behavior has effected to know I'm truly sorry. I am sorry to the courts, the community, my own family, and myself. This has been a very eye-opening expirence for me. I have learned a lot, and have realized I was taking a lot of important things for granted. I have certainly realized this is not how I want to live my life, and I am very confident I will not re-offend. All I want is to go home to my 6 year old daughter and go back to a normal life. My family is so supportive, and anxiously await my release to help me. I can say I was blessed to be able to sit here and clear my head back to normal, and humble myself. Thank You so much sir.

Respectfully,
Lawer Bursa