July 22nd

Regarding Laura Brown

Your Honor:

My daughter Laura Brown has been there for 18 months, while my husband (Lauras Dad) and I have cared for her daughter Melody. Melody reminds us so much of her mother Smart, kind, caring polite, funny & Thoughtful. Every night she says her prayers with her mom & ask God to bring her home. Then Melody tells us god has a plan for everyone and I just know he will bring my mom home. It just breaks my heart. Laura was a good mom no matter what she made sure Melody had what she needed. She read to her they sang played games. plus Lauras heart is so big she always

sees good in everyone, and if someone needs something she always wanted to help them even if it was her last dollar.

She worked hard every job she had and made sure there was a roof over their heads & food on the table.

Laura talks about going back to school and finishing hair. But now would like to get into counseling others to help them, which will help her also.

She is so thoughtful while in there she didn't forget to send her sisters, brothers, nieces & nephews & her dad & me cards on Birthdays. We are all so thankful she was here in Springfield so we could see her every monday and bring her daughter. Laura's face just lights up and Melody's too who just wishes she could touch her mommy.

Just believe we are all here for Laura & Melody.
I know in my heart that my baby girl (Laura) will rise ~~far~~ from all of this and make the right choices. She has 5 older Brothers & Sisters me + her father & nieces + Nephews to support her and guide her. When she need us We are a Close family and will will keep together and support her and keep her on the right path! I believe Laura will be a stronger person when she comes home to Us. We pray to God everynight this will end. We Love her So Much!

Sincerly

Linda Brown