Stacy Kirkland
82 Four Cedars Lane
Rogersville, MO. 65742

July, 20, 2018

Re: Laura Brown

To: Your Honor:

I am writing you this letter for the character of my youngest sister, Laura Brown.

My sister Laura is the youngest of six siblings. She is a mother to a beautiful, smart six year old girl named Melody. Laura is a very smart girl who enjoys spending time with her daughter doing "girlie" things. Laura has always had dreams of being a hair stylist and one day owning her own shop.

Laura being the youngest of the family has always had a huge support system, including the support of our parents who have been

married for 44 years now. I know with the love and support from the family, Laura will proceed on with their dreams. As a family, we love to spend our time together, just hanging out watching movies, swimming, boating, camping, eating, cooking, going to church, Sunday morning breakfast or just lounging around our parents house.

Thank you,

Stacy Kirkland