Your Honour,

This letter is to be a character reference for my sister, Laura Brown.

Our family being close knit and extremely close was taken back and shocked by Laura's choice of friends and lifestyle at the time of her offence. Laura was raised as the youngest of six children, I being the oldest. She has the support and love of our entire family.

Laura has always been a smart girl, exceling beyond her years during her schooling years. She now has a beautiful 10 year old daughter who is also extremely intelligent, thriving in school. Laura's daughter, Melody, has always been the love of her life. Laura, no matter,

whom she was with or what she was doing, put the care of her daughter as a top priority. Melody has visited her mommy every single Monday since Laura being taken into custody and dreams of the day her and her mom can live together again.

I am confident that Laura's days & time will be spent with her daughter and with the family loving and supporting her. Our family will be here to assist in ensuring Laura gets schooling, training and life direction that support a strong and productive lifestyle moving forward. We pray daily that the court allow Laura to come home and join her daughter and family again.

Should you need to contact me to verify or discuss Laura's character, please feel free to contact me at (417) 540.5312.

Sincerely,
Lauretin Hugo, Sister